IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAMON SEBASTIAN GARCIA AND RAUL ANGEL FLORES, | § § § § § § § § § § § § § § | |
| *Plaintiffs,* | | |
| | | CIVIL ACTION NO. 5:23-CV-00082 |
| VS. | | |
| | | JURY TRIAL DEMANDED |
| TNL EXPRESS SA DE CV AND JOSE LUIS BUENTELLO SOLIS, | | |
| *Defendants.* | | |

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants, TNL EXPRESS SA de CV and JOSE LUIS BUENTELLO SOLIS, file this Notice of Removal under 28 U.S.C. § 1446(a).

### I.     INTRODUCTION

1.     Plaintiffs are Ramon Sebastian Garcia and Raul Angel Flores ("Plaintiffs").[1]

2.     Defendants are TNL Express SA de CV and Jose Luis Buentello Solis ("Defendants"). None of these Defendants are citizens of the State of Texas.

3.     On April 18, 2023, Plaintiffs filed suit against Defendants in the 111th District Court of Webb County, Texas.[2]

4.     Defendants were not served with Plaintiffs' Original Petition. Defendants first received actual notice of the lawsuit on or about August 4, 2023. In an abundance of caution, Defendants filed their Original Answer and request for jury trial on August 10, 2023.[3]

---

[1] *See* Exhibit 1, page 4
[2] *See Id.*
[3] *See Id.*, page 10

1

5.  Plaintiffs assert state law causes of action against Defendants for negligence and/or gross negligence arising out of a motor vehicle accident which occurred on or about November 3, 2022.[4]

6.  Defendants timely file this Notice of Removal within 30 days of *actual receipt* of Plaintiffs' Original Petition.

7.  In accordance with the Federal Rules of Civil Procedure and Local Rules for the Southern District of Texas, the following documents are being filed contemporaneously with this Notice of Removal:

- Exhibit 1: Copies of all state court pleadings and orders (none);
- Exhibit 2: Civil cover sheet; and
- Exhibit 3: List of all parties and attorneys involved in the action being removed, with addresses and telephone numbers.

## II.  BASIS OF REMOVAL

8.  Removal is proper because there is complete diversity between the parties, and the amount in controversy exceeds $75,000.00. 28 U.S.C. § 1332(a).

9.  Plaintiffs Ramon Sebastian Garcia and Raul Angel Flores are citizens and residents of Webb County, Texas.[5]

10.  Defendant TNL EXPRESS SA de CV is a foreign company incorporated in Mexico with its headquarters and principal place of business located at Carretera a Piedras Negras KM 1A, Piedras Negras, Guerrero, Mexico 88290. The information listed in Plaintiff's Original Petition referring to Defendant TNL EXPRESS SA de CV's registered agent is inaccurate.[6]

---

[4] *See Id.*, page 6
[5] *See Id.*, page 4
[6] *See Id.*, page 4

2

11.     Defendant Jose Luis Buentello Solis is an individual residing in Nuevo Laredo, Tamaulipas, Mexico and resides at the following address: 13 Calle Agua Marina, Nuevo Laredo, Tamaulipas, Mexico 88276.[7]

12.     Plaintiffs seek monetary relief of over $1,000,000.00.[8]

13.     Copies of all pleadings and other filings in the state-court suit are attached to this notice as required by 28 U.S.C §1446(a).

14.     Venues is proper in this district under 28 U.S.C § 1441(a) because the state court where the suit was filed and is currently pending is located in this district.[9]

15.     Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

### III.    CONCLUSION

16.     Complete diversity exists between Plaintiffs and Defendants. The amount in controversy exceeds $75,000. For these reasons, Defendants ask the Court to remove this lawsuit to the United States District Court for the Southern District of Texas – Laredo Division.

---

[7] *See Id.*, page 5
[8] *See Id.*, page 8
[9] *See Id.*, page 4

Respectfully Submitted,

**DONATO BROWN POOL & MOEHLMANN**

*/s/ Chaz Klaes*
Chaz D. Klaes
Attorney in charge
TBN:  24083312
Texas Federal ID No. 1760067
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
T: (713) 877-1112
F: (713) 877-1138
cklaes@donatobrown.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

**I hereby certify that, on the 11th day of August 2023, a true and correct copy of the above and foregoing has been served by:**

☐ certified mail, return receipt requested; ☐ overnight delivery; ☐ hand delivery; ☐ United States first class mail; ☐ facsimile transmission; ☒ electronic transmission on:

*Counsel for Plaintiffs*
Laura Pazin Porter
COWEN RODRIGUEZ PEACOCK, P.C.
6243 W IH-10, Ste. 801
San Antonio, TX 78201
Tel. (210) 941-1301
Fax (210) 880-9461
laura@cowenlaw.com
e-service: efilings@cowenlaw.com

          */s/ Chaz D. Klaes*
          Chaz D. Klaes

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAMON SEBASTIAN GARCIA AND RAUL ANGEL FLORES, | § § § § | |
| *Plaintiffs,* | § § | |
| | § | CIVIL ACTION NO. 5:23-CV-00082 |
| VS. | § § | |
| | § | JURY TRIAL DEMANDED |
| TNL EXPRESS SA DE CV AND JOSE LUIS BUENTELLO SOLIS, | § § § | |
| *Defendants.* | § § § | |

## INDEX OF MATTERS TO BE FILED

Exhibit 1: Plaintiffs' Original Petition and Defendants' Original Answer.

Exhibit 2: Civil Cover Sheet.

Exhibit 3: List of all parties and attorneys involved in the action being removed, with addresses and telephone numbers.