United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RAMON SEBASTIAN GARCIA AND RAUL ANGEL FLORES, § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. 5:23-CV-00082 |
| § | |
| TNL EXPRESS SA DE CV AND JOSE LUIS BUENTELLO SOLIS, § § § § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Raul Angel Flores and Defendants' Rule 41(a) Joint Stipulation to Dismiss Raul Angel Flores' Claims with Prejudice, (Dkt. No. 56), and Plaintiff Ramon Sebastian Garcia's and Defendants' Rule 41(a) Joint Stipulation to Dismiss Ramon Sebastian Garcia's Claims with Prejudice, (Dkt. No. 57). The Stipulations provide that Plaintiffs Raul Angel Flores and Ramon Sebastian Garcia dismiss their claims against Defendants TNL Express SA de CV and Jose Luis Buentello Solis with prejudice.

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulations state that Plaintiffs dismiss their respective claims against Defendants TNL Express SA de CV and Jose Luis Buentello Solis with prejudice. (Dkt. Nos. 56 at 1; 57 at 1).

Because the stipulations are collectively signed by counsel for all parties in this case, Plaintiffs' claims against Defendants TNL Express SA de CV and Jose Luis Buentello Solis were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulations of Dismissal. (Dkt. Nos. 56; 57). *See Odle v. Flores*, 899 F.3d 344, 353–55 (5th Cir. 2017) ("[S]tipulated dismissals under Rule 41(a)(1)(A) . . . become effective immediately without further court order.").

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on December 2, 2024.

                                                                   John A. Kazen
                                                                   United States District Judge